| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | FILED ENTERED 2012 FEB 29 | DOCKET NUMBER (Tran. Court) 09CR00190-005-JMC(PAL) |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) 2:12CR50022-PHX-SRB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: ORLANDO JIMENEZ | DISTRICT District Of Nevada | DIVISION Las Vegas |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable James C. Mahan | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 09/07/2011 — TO 09/06/2014 |

**OFFENSE**

8 U.S.C 1324 (a)(1)(A)     Conspiracy to Harbor Aliens for Private Financial Gain

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF NEVADA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the District of Nevada Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 6, 2012              /s/ James C. Mahan
_____              _____
Date                          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ARIZONA</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/14/12                       /s/ Susan R. Bolton
_____              _____
Effective Date                United States District Judge