UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,  )
                            )   2:09-CR-180-JCM-PAL
Plaintiff,                  )
                            )
vs.                         )
                            )
ORLANDO JIMENEZ             )
                            )
Defendant.                  )

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#144), sentencing held on October 23, 2009. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: IVAN AYALA
Amount of Restitution: $40.00

Name of Payee: FRANCISCO MORENO-VISCARA
Amount of Restitution: $200.00

Name of Payee: JOSE SOLIS
Amount of Restitution: $20.00

**Total Amount of Restitution ordered: $260.00\*\***

\*\*Joint and several with co-defendants Felipe De Jesus Flores-Villela, Victor Manual Morales-Velazquez, Angel Rigoberto Uribe-Ibarra and Gerardo Perez-Villegas

Dated this 7th day of October 2019.

_____
UNITED STATES DISTRICT JUDGE